IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SARAH MAE SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-505-PRW |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On October 21, 2025, United States Magistrate Judge Amanda Maxfield issued a Report and Recommendation (Dkt. 21) in this action, in which she recommends that the Court grant the Stipulations Awarding EAJA Fees (Dkt. 17). Judge Maxfield advised the parties of their right to object to the Report and Recommendation by November 4, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, neither party has filed any objections. They have therefore waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 21) in full and **GRANTS** the Stipulations Awarding EAJA Fees (Dkt. 17), granting an award of fees

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

2

payable in the name of Plaintiff in the amount of $5,761.80. The Court further **GRANTS** Plaintiff's Supplementation to Stipulations Awarding EAJA Fees (Dkt. 20).

**IT IS SO ORDERED** this 9th day of December 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

2